**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roque CORTINAS, Defendant–
Appellant.**

**No. 05–41150
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 7, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Roque Cortinas, Pharr, TX, pro se.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Damian Orozco, counsel for Roque Cortinas, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cortinas has not responded to counsel's motion. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.